UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI CHIQUITO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-02519-JPH-TAB |
| | ) |
| LIVE NATION WORLDWIDE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Tim Baker has entered a Report and Recommendation, dkt. 28, recommending that the Court deny Plaintiff Brandi Chiquito's motion for sanctions, dkt. 23. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [28]. The motion for sanctions is **DENIED**. Dkt. [23].

**SO ORDERED**.

Date: 9/8/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Colin E. Flora
PAVLACK LAW, LLC
Colin@PavlackLawFirm.com

1

2

Jessica N. Hamilton
KOPKA PINKUS DOLIN PC (Carmel)
jnhamilton@kopkalaw.com

Lance R. Ladendorf
Lance@PavlackLawFirm.com

Travis W. Montgomery
KOPKA PINKUS DOLIN PC (Carmel)
twmontgomery@kopkalaw.com

Eric S. Pavlack
PAVLACK LAW, LLC
eric@pavlacklawfirm.com

Leslie B. Pollie
KOPKA PINKUS DOLIN PC (Carmel)
lbpollie@kopkalaw.com